IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:07CR136 |
| | ) | |
| v. | ) | |
| | ) | |
| RAFAEL MARTINEZ-OGARRIO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a Rule 11 hearing is rescheduled for:

**Friday, June 22, 2007, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 14th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court